

05781-MIE-DE-041198497

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 5, 2026</u>, at <u>5:57</u> o'clock <u>PM PDT</u>, <u>Quandrea Smiley</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Michigan</u>.

Date:   <u>July 13, 2026</u>                    By:      <u>/s/Allison M Geving</u>

                                                   Name:   <u>Allison M Geving</u>

                                                   Title:   <u>President</u>